# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:17 po 2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOEY DEAN GREEN | ) | |

The Court **GRANTS** the motion for the dismissal of the criminal complaint [# 3] in the above-captioned case without prejudice.

The Court **DIRECTS** the Clerk to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel, and the United States Attorney's Office.

Signed: August 16, 2018

Dennis L. Howell
United States Magistrate Judge

1